# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:18-cv-427 |
| Petitioner, | : | Judge Timothy S. Black |
| vs. | : | Magistrate Judge Karen L. Litkovitz |
| MAC PRINTING CO., LLC, | : | |
| Respondent. | : | |

# DECISION AND ENTRY
# ADOPTING THE REPORT AND RECOMMENDATION (Doc. 9)

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and, on September 10, 2018, submitted a Report and Recommendation (Doc. 9).  No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter.  Upon consideration of the foregoing, the Court finds that the Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly:

1. The Report and Recommendation (Doc. 9) is **ADOPTED**;

2. The Court will issue a show cause order requiring Respondent Mac Printing Co., LLC and its President John McLaughlin to appear before the Court on May 28, 2019 and show cause why they should not be held in contempt.

**IT IS SO ORDERED.**

Date: 4/26/19

*Timothy S. Black*
Timothy S. Black
United States District Judge

2